UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORNAY RECHURND RODRIGUEZ, ) | |
| ) | Case No. CV 15-4376-GW(AJW) |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.

Dated: June 28, 2016

_____
George H. Wu
United States District Judge